1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>S.H. PERRY SHAH,<br><br>Defendant. | Case No. 78-CR-0703-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE AND RECALL WARRANT** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Indictment in the above-entitled case be dismissed without prejudice and (2) the Arrest Warrant be recalled due to the longtime fugitive status.

**IT IS SO ORDERED.**

Dated:  December 30, 2024

_____
Hon. Cynthia Bashant
United States District Judge